IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD GLADYSIEWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05cv992 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | |
| ALLEGHENY ENERGY SERVICE | ) | JUDGE CERCONE |
| CORPORATION, | ) | MAGISTRATE JUDGE HAY |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 5 day of April, 2007, after the Plaintiff, Todd Gladysiewski, filed an action in the above-captioned case, and after Defendant, Allegheny Energy Service Corporation filed a Motion for Summary Judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and objections having been filed by Plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of the Defendant, Allegheny Energy Service Corporation, is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Neal A. Sanders, Esquire
Dirk D. Beuth, Esquire
Law Office of Neal Alan Sanders
1924 North Main Street Extension
Butler, PA 16001

Christopher K. Ramsey, Esquire
Richard J. Hughes, Esquire
S. Beth Gollmar, Esquire
Stephanie R. Reiss, Esquire
Morgan, Lewis & Bockius
301 Grant Street
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219